**Opinion issued August 18, 2015**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-15-00683-CR

———————————

### IN RE LESLIE FOSTER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Leslie Foster, has filed a petition for writ of mandamus, arguing that she has been denied her state and federal constitutional right to effective assistance of counsel during pre-trial proceedings.[1]

We **deny** the petition for writ of mandamus. All pending motions are **denied**.

---

[1] The respondent is the Honorable Marc Carter of the 228th District Court of Harris County. The underlying suit is *Leslie Foster v. State of Texas*, No. 1465862-A (228th Dist. Ct. Tex.).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish.  *See* TEX. R. APP. P. 47.2(a).